**Timothy SCOTT, Plaintiff–Appellant,**

v.

**UNITED PARCEL SERVICE, INCORPORATED; Teamsters Local No. 391, Defendants–Appellees.**

No. 00–2529.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Timothy Scott, pro se. Meredith West Holler, Alston & Bird, L.L.P., Charlotte, NC; Jeffrey M. Sullivan, Alston & Bird, Raleigh, NC; John David James, Smith, James, Rowlett & Cohen, Greensboro, NC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Timothy Scott appeals the district court's orders dismissing his civil action alleging employment discrimination and denying his motion to reconsider. We have reviewed the record and the district

court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scott v. United Parcel Servs., Inc.,* No. CA–99–631–5–BR (E.D.N.C. Jan. 3, Sept. 26, & Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*